# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| CB&I Federal Services LLC, f/k/a Shaw | ) | ASBCA Nos. 58662, 58694 |
|   Environmental & Infrastructure, Inc. | ) | |
| | ) | |
| Under Contract No. W9128F-08-D-0009 | ) | |

APPEARANCES FOR THE APPELLANT:    Steven M. Masiello, Esq.
    Shaun C. Kennedy, Esq.
      McKenna Long & Aldridge LLP
      Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
      Engineer Chief Trial Attorney
    James M. Pakiz, Esq.
    Stanley E. Tracey, Esq.
      Assistant District Counsel
      U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The parties settled their disputes through mediation. Accordingly, the appeals are dismissed with prejudice.

Dated: 11 March 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58662, 58694, Appeals of CB&I Federal Services LLC, f/k/a Shaw Environmental & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals